**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CMS Design Group Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Valen and Jette** <br> **DBA  Valen + Jette** <br> **DBA  KRONE** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1859668** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **503 E. 116th Street, Ste 2A** <br> **New York, NY 10029** <br> Number, Street, City, State & ZIP Code <br><br> **New York** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.cmsaccessories.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

---

Debtor   **CMS Design Group Inc.**                                    Case number (*if known*) _____
_____Name_____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**7389**___

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

- ☐ A plan is being filed with this petition.

- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **CMS Design Group Inc.**                                     Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

      **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor   **CMS Design Group Inc.**                Case number (*if known*) _____

    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Debtor    **CMS Design Group Inc.**                                            Case number (*if known*) _____
           Name

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2026**
               MM / DD / YYYY

**X** **/s/ Courtney Simmelkjaer**                              **Courtney Simmelkjaer**
Signature of authorized representative of debtor               Printed name

Title    **President/Sole Shareholder**

**18. Signature of attorney**

**X** **/s/ Avrum J. Rosen**                         Date    **June 29, 2026**
Signature of attorney for debtor                            MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Rosen, Tsionis & Pizzo, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone    **631-423-8527**        Email address    **arosen@ajrlawny.com**

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **CMS Design Group Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 29, 2026**          *X* **/s/ Courtney Simmelkjaer**
                                        Signature of individual signing on behalf of debtor

                                        **Courtney Simmelkjaer**
                                        Printed name

                                        **President/Sole Shareholder**
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CMS Design Group Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express 115 W. Towne Ridge Parkway Sandy, UT 84070** | | **Pending Litigation in Supreme Court of New York County, Index No. 151276/2026** | **Unliquidated** | | | **$83,989.22** |
| **American Express 115 W. Towne Ridge Parkway Sandy, UT 84070** | | **Pending Litigation in Civil Court of New York County, Index No. CV-015757-25/NY** | **Unliquidated** | | | **$7,078.07** |
| **Build Your Books, LLC 17011 Lincoln Ave Parker, CO 80134** | | | | | | **$4,203.75** |
| **Bureau Veritas Consumer Produc Unit 702, 7/F Harbourside HQ-8 Lam Chak St, Kowloon Bay Hong Kong SAR, China** | | | | | | **$2,757.00** |
| **DHL Express USA Inc. 18585 Northchase Drive Suite 400 Houston, TX 77060** | | | | | | **$6,361.57** |
| **Executive Financial Enterprise 1465 Tamarind Ave, #680 Los Angeles, CA 90028** | | **Assignee of United Parcel Service, Inc.** **Pending Litigation in Supreme Court of Kings County, Index No. 506857/2026** | **Unliquidated** | | | **$19,258.34** |

Debtor    **CMS Design Group Inc.**                                   Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Hangang Vina Co., Ltd.**<br>**Chau Son Industrial Park**<br>**Chau Son Ward,**<br>**Ninh Binh**<br>**Vietnam 400000** | | **Tel: (+84) 986.074.987** | | | | **$7,539.40** |
| **MMJ Legacy LLC**<br>**419 East 116 Street**<br>**G**<br>**New York, NY 10029** | | **Landlord**<br><br>**Pending Eviction Proceeding Civil Court of New York County, Index No. LT-308288-26/NY** | **Unliquidated** | | | **$25,425.00** |
| **Ningbo Good Partner Trading Co c/o DRS Partners, Inc**<br>**255 W Foothill Blvd, Ste 205**<br>**Upland, CA 91786** | | | **Unliquidated** | | | **$30,525.00** |
| **One Source Solutions, LLC**<br>**3 Industrial Court, Ste 3**<br>**Freehold, NJ 07728** | | | | | | **$12,522.65** |
| **Qingdao Joyhut Creations Co Lt**<br>**Zhongcun Industrial Park**<br>**Chengyang Dist., Qingdao**<br>**China 266109** | | **Tel: 86-532-87749259~805**<br>**danny@joyhutco.com** | | | | **$26,801.96** |
| **Qingdao Jun Sung Crafts Co Ltd**<br>**RM901, Bldg 1, Hua Peng Dong Cheng, Zhengyang Rd, Chengyang**<br>**Qingdao, Shandong, China** | | | | | | **$3,140.00** |
| **Qingdao King Customer Jewelry**<br>**No1180 Jingkou Industrial Park Chengyang Dist, Qingdao**<br>**China** | | **TEL : +86-139 6397 3148** | | | | **$3,114.00** |

Debtor    **CMS Design Group Inc.**                          Case number *(if known)*
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Qingdao S.H. Fashion Corp. Rm 102 Bldg 1 Liandong U Gu No 869 Huaguan Rd Qingdao China** | | **TEL: 18653269886 jinn@shfashioncorp.com** | | | | **$53,113.03** |
| **Sarah Ji Lyon 400 East 78th St, Apt 3 New York, NY 10075** | | **1099-Contractor** | | | | **$4,880.00** |
| **Small Business Financial Sol. 4500 East West Hwy, 6th Floor Bethesda, MD 20814** | | **Pending Litigation in Circuit Court for Mongomery County (Maryland), Case Number: C-15-CV-26-000578** | **Unliquidated Disputed** | | | **$90,838.04** |
| **United Parcel Service Inc. c/o Receivables Management Srv PO Box 5000 Fogelsville, PA 18051** | | | | | | **$8,406.10** |
| **Yeedo Trading Hanoi co. Ltd. Dong Van Industrial Zone Ninh Binh Province Vietnam 400000** | | **Tel: +84 226 3583 101** | | | | **$8,762.85** |
| **Yiwu Luge Accessories Co Ltd 5F, No 113, Qiushi Rd Beiyuan, Yiwu China 322000** | | **Tel: 0086 579 85851023 Fax: 0086 579 85851023 E-mail: lg09@generalunion.com.cn** | | | | **$7,558.65** |
| **Yiwu Shanchen Jewelry Co Ltd No 115 Tongbao Rd, Qingkou Industry Zone, Yiwu, Zhejiang China 322013** | | **T#:86-0579-89053017 jerry@designbyfashion.net** | | | | **$8,200.88** |

**Fill in this information to identify the case:**

Debtor name     **CMS Design Group Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................   $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................   $ **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................   $ **0.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $ **138,106.20**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ **427,958.33**

4. **Total liabilities** .....................................................................................................................................
    Lines 2 + 3a + 3b

$ **566,064.53**

**Fill in this information to identify the case:**

Debtor name    **CMS Design Group Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |
| 2.    **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **JPMorgan Chase Bank, N.A.** | **Checking** | **6566** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

| 5.    **Total of Part 1.** | **$0.00** |
| --- | --- |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 1

Debtor    **CMS Design Group Inc.**                                      Case number *(If known)* _____
        Name

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Miscellaneous materials including but not limited to strings and glue for crafting** | | **$0.00** | | **Unknown** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                          **$0.00**

    Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

Debtor  **CMS Design Group Inc.**                        Case number *(If known)* _____
        Name

40. **Office fixtures**

41. **Office equipment, including all computer equipment and
    communication systems equipment and software**
    **Laptop, screens & printer for office use**          **Unknown**                        **Unknown**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                          **$0.00**
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold interest in real property located at 503 E 116th St, Apt 2A, New York, NY 10029 pursuant to sub-lease agreement** | **Leasehold** | **Unknown** | | **Unknown** |

56. **Total of Part 9.**                                                         **$0.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                page 3

Debtor    **CMS Design Group Inc.**                                    Case number *(If known)* _____
_____
Name

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

□ Yes

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

□ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** www.cmsaccessories.com | **$0.00** | | **$0.00** |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** **Relationships with retailors: Fashion NOVA, Hot Topic and Windsor** | **Unknown** | **Appraisal** | **Unknown** |

66.    **Total of Part 10.**                                                                    **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No

□ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

□ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

□ Yes

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

□ Yes Fill in the information below.

Debtor    **CMS Design Group Inc.**                                    Case number *(If known)* _____
       Name

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>CMS Design Group Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1 Corporation Service Comp**
Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All personal property including tangible and intangible assets. UCC Filing Number 202410086390531.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Amount of claim: **Unknown**    Value of collateral: **$0.00**

---

**2.2 Olympus Lending LLC**
Creditor's Name

**PO Box 17556**
**Salt Lake City, UT 84117**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/31/24**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All inventory, all machinery, equipment, furnishings, fixtures and vehicles, and all additions, substitutions and replacements for any of the foregoing.... UCC Filing Number 202408026094992**

**Describe the lien**
**MCA Agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$47,617.72**    Value of collateral: **$0.00**

---

Debtor   **CMS Design Group Inc.**                                    Case number (if known) _____
       Name

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.3** | **PayPal Business Loan c/o Swift**

Creditor's Name

**Attn: Bankruptcy Notice**
**2211 North First Street**
**San Jose, CA 95131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/10/24**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Present and future accounts, receivables, chattel paper, deposit accounts, personal property, assets and fixtures, general intangibles, instruments, equipment and inventory. UCC Filing Number 202305235726708**

**Describe the lien**
**Business Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

    **$90,488.48**    **$0.00**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.4** | **The Hedaya Capital Group Inc.**

Creditor's Name

**Attn: Alfred Hedaya**
**240 West 35th Street, Ste 401**
**New York, NY 10001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/6/20**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**All of the debtor's personal property of every kind and description, tangible and intangible, whether now owned or existing or hereafter acquired or created and wherever located. UCC Filing Number 202002035147148.**

**Describe the lien**
**Factoring Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

    **Unknown**    **$0.00**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$138,106.20**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor **CMS Design Group Inc.**
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berkovitch & Bouskila PLLC**<br>**1545 Route 202, Suite 101**<br>**Pomona, NY 10970** | Line **2.2** | |
| **CHTD Company**<br>**PO Box 2576**<br>**Springfield, IL 62708** | Line **2.3** | |

**Fill in this information to identify the case:**

Debtor name      **CMS Design Group Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**115 W. Towne Ridge Parkway**<br>**Sandy, UT 84070**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pending Litigation in Supreme Court of New York County, Index No. 151276/2026**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$83,989.22** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**115 W. Towne Ridge Parkway**<br>**Sandy, UT 84070**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Pending Litigation in Civil Court of New York County, Index No. CV-015757-25/NY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,078.07** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Angel Factory**<br>**c/o A.G. Adjustments Ltd.**<br>**One Huntington Quadrangle 4N15**<br>**Melville, NY 11747**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,300.76** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Brennan & Clark LLC**<br>**2301 West 22nd Street**<br>**Ste 301**<br>**Oak Brook, IL 60523**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$717.63** |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 6

51349

Debtor   **CMS Design Group Inc.**                                          Case number (if known) _____
_____
Name

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,203.75** |

**Build Your Books, LLC**
**17011 Lincoln Ave**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,757.00** |

**Bureau Veritas Consumer Produc**
**Unit 702, 7/F Harbourside HQ-8**
**Lam Chak St, Kowloon Bay**
**Hong Kong SAR, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,361.57** |

**DHL Express USA Inc.**
**18585 Northchase Drive**
**Suite 400**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,258.34** |

**Executive Financial Enterprise**
**1465 Tamarind Ave, #680**
**Los Angeles, CA 90028**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Assignee of United Parcel Service, Inc.**

**Pending Litigation in Supreme Court of Kings County, Index No. 506857/2026**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$880.96** |

**FedEx**
**U.S. Collections Department**
**PO Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$988.38** |

**Firstsource Advantage, LLC**
**205 Bryant Woods South**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,539.40** |

**Hangang Vina Co., Ltd.**
**Chau Son Industrial Park**
**Chau Son Ward, Ninh Binh**
**Vietnam 400000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tel: (+84) 986.074.987**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **CMS Design Group Inc.**
Name

Case number (if known) _____

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,408.00** |
|---|---|---|---|

**Mai Yamazaki Designs**
**1352 Havenhurst Drive**
**Apt. #7**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,425.00** |
|---|---|---|---|

**MMJ Legacy LLC**
**419 East 116 Street**
**G**
**New York, NY 10029**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:  Landlord**

**Pending Eviction Proceeding Civil Court of New York County, Index No. LT-308288-26/NY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**NexCom Data**
**133 Lawrence Road**
**Lafayette, NJ 07848**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$514.50** |
|---|---|---|---|

**Nikita Chudasama**
**53 Headstone Road, Harrow**
**Middlesex HA1 1PQ, UK**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,525.00** |
|---|---|---|---|

**Ningbo Good Partner Trading Co**
**c/o DRS Partners, Inc**
**255 W Foothill Blvd, Ste 205**
**Upland, CA 91786**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$513.84** |
|---|---|---|---|

**NYS Dept. of Labor**
**P.O. Box 4305**
**Binghamton, NY 13902-4305**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,522.65** |
|---|---|---|---|

**One Source Solutions, LLC**
**3 Industrial Court, Ste 3**
**Freehold, NJ 07728**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **CMS Design Group Inc.**                                    Case number (if known)   _____
          Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,801.96** |
|---|---|---|---|

**Qingdao Joyhut Creations Co Lt**
**Zhongcun Industrial Park**
**Chengyang Dist., Qingdao**
**China 266109**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Tel: 86-532-87749259~805**
**danny@joyhutco.com**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,140.00** |
|---|---|---|---|

**Qingdao Jun Sung Crafts Co Ltd**
**RM901, Bldg 1, Hua Peng Dong**
**Cheng, Zhengyang Rd, Chengyang**
**Qingdao, Shandong, China**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,114.00** |
|---|---|---|---|

**Qingdao King Customer Jewelry**
**No1180 Jingkou Industrial Park**
**Chengyang Dist, Qingdao**
**China**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **TEL : +86-139 6397 3148**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53,113.03** |
|---|---|---|---|

**Qingdao S.H. Fashion Corp.**
**Rm 102 Bldg 1 Liandong U Gu**
**No 869 Huaguan Rd Qingdao**
**China**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **TEL: 18653269886**
**jinn@shfashioncorp.com**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$669.60** |
|---|---|---|---|

**Rithum**
**PO Box 735795**
**Chicago, IL 60673-5795**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Rosiere LLC dba Arrow Accessor**
**c/o Nettle Law LLC**
**3119 Newtown Ave Ste 502**
**Astoria, NY 11102**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,880.00** |
|---|---|---|---|

**Sarah Ji Lyon**
**400 East 78th St, Apt 3**
**New York, NY 10075**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **1099-Contractor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   □ Yes

---

Debtor    **CMS Design Group Inc.**                                          Case number (if known) _____
          Name

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**3.26**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$514.50**

**Selin Cileli Design**
**559 W 158th St, Apt 57**
**New York, NY 10032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$90,838.04**

**Small Business Financial Sol.**
**4500 East West Hwy, 6th Floor**
**Bethesda, MD 20814**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Pending Litigation in Circuit Court for Mongomery County (Maryland), Case Number: C-15-CV-26-000578**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$2,705.20**

**The Hartford**
**PO Box 660916**
**Dallas, TX 75266-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$188.64**

**United Corporate Services Inc**
**Ten Bank Street**
**Suite 560**
**White Plains, NY 10606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$8,406.10**

**United Parcel Service Inc.**
**c/o Receivables Management Srv**
**PO Box 5000**
**Fogelsville, PA 18051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$280.81**

**United Parcel Service Inc.**
**c/o Receivables Management Srv**
**PO Box 5000**
**Fogelsville, PA 18051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **RE: Hangang Vina Co., Ltd. Shipping Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$8,762.85**

**Yeedo Trading Hanoi co. Ltd.**
**Dong Van Industrial Zone**
**Ninh Binh Province**
**Vietnam 400000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** **Tel: +84 226 3583 101**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **CMS Design Group Inc.**                                          Case number (if known) _____
          Name

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,558.65** |
|---|---|---|---|

**Yiwu Luge Accessories Co Ltd**
**5F, No 113, Qiushi Rd**
**Beiyuan, Yiwu**
**China 322000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Tel: 0086 579 85851023 Fax: 0086 579 85851023**
**E-mail: lg09@generalunion.com.cn**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,200.88** |
|---|---|---|---|

**Yiwu Shanchen Jewelry Co Ltd**
**No 115 Tongbao Rd, Qingkou**
**Industry Zone, Yiwu, Zhejiang**
**China 322013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **T#:86-0579-89053017**
**jerry@designbyfashion.net**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David Goad**<br>**Rapid Finance**<br>**4500 East West Highway, 6th Fl**<br>**Bethesda, MD 20814** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Doyle & Hoefs, LLC.**<br>**2043 Springwood Road**<br>**York, PA 17403** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Gottlieb Ostrager LLP**<br>**80 Business Park Dr.**<br>**Suite 105**<br>**Armonk, NY 10504** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Horing Welikson Rosen...P.C.**<br>**11 Hillside Avenue**<br>**Williston Park, NY 11596** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Zwicker & Associates PC**<br>**100 Corporate Woods**<br>**Suite 230**<br>**Rochester, NY 14623** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 427,958.33 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 427,958.33 |

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 6 of 6**

**Fill in this information to identify the case:**

Debtor name    **CMS Design Group Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                  **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease agreement for real property located at 503 East 116th Street, Apt 2A, New York NY 10029** | |
| | State the term remaining | | **Courtney Simmelkjaer 503 E. 116th Street, Ste 2A New York, NY 10029** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Goods PO# PO01044206** | |
| | State the term remaining | | **Fashion Nova 407 N Maple Dr Beverly Hills, CA 90210** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Goods PO# PO01044208** | |
| | State the term remaining | | **Fashion Nova 407 N Maple Dr Beverly Hills, CA 90210** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Goods PO# PO1044179** | |
| | State the term remaining | | **Fashion Nova 407 N Maple Dr Beverly Hills, CA 90210** |
| | List the contract number of any government contract | | |

Debtor 1  **CMS Design Group Inc.**                                    Case number (*if known*) _____

First Name         Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Goods PO# PO01044180** | |
|---|---|---|---|
| | State the term remaining | | **Fashion Nova** |
| | List the contract number of any government contract | | **407 N Maple Dr** |
| | | | **Beverly Hills, CA 90210** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Goods PO# PO01044205** | |
|---|---|---|---|
| | State the term remaining | | **Fashion Nova** |
| | List the contract number of any government contract | | **407 N Maple Dr** |
| | | | **Beverly Hills, CA 90210** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Goods PO# PO01044182** | |
|---|---|---|---|
| | State the term remaining | | **Fashion Nova** |
| | List the contract number of any government contract | | **407 N Maple Dr** |
| | | | **Beverly Hills, CA 90210** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Goods PO# PO01044204** | |
|---|---|---|---|
| | State the term remaining | | **Fashion Nova** |
| | List the contract number of any government contract | | **407 N Maple Dr** |
| | | | **Beverly Hills, CA 90210** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sale of Goods PO# PO01044202** | |
|---|---|---|---|
| | State the term remaining | | **Fashion Nova** |
| | List the contract number of any government contract | | **407 N Maple Dr** |
| | | | **Beverly Hills, CA 90210** |

Debtor 1  **CMS Design Group Inc.**                                    Case number (*if known*) _____

_____
First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Sale of Goods PO# PO01048692**

State the term remaining

List the contract number of any government contract

**Fashion Nova
407 N Maple Dr
Beverly Hills, CA 90210**

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Sale of Goods PO# 7136664**

State the term remaining

List the contract number of any government contract

**Hot Topic Merchandising Inc
PO Box 60016
City of Industry, CA 91716**

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Sale of Goods PO# 7141205**

State the term remaining

List the contract number of any government contract

**Hot Topic Merchandising Inc
PO Box 60016
City of Industry, CA 91716**

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Sale of Goods PO# 7141206**

State the term remaining

List the contract number of any government contract

**Hot Topic Merchandising Inc
PO Box 60016
City of Industry, CA 91716**

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for Sale of Goods PO# 7141213**

State the term remaining

List the contract number of any government contract

**Hot Topic Merchandising Inc
PO Box 60016
City of Industry, CA 91716**

Debtor 1  **CMS Design Group Inc.**                                    Case number (*if known*) _____

  First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

**Professional Services Agreement entered into in or around April 2019 for providing logistical, operational, accounting and bookkeeping services to Debtor. Agreement renews annually unless otherwise terminated by parties.**

State the term remaining

List the contract number of any government contract

**One Source Solutions, LLC**
**3 Industrial Court, Ste 3**
**Freehold, NJ 07728**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Contract for Sale of Goods PO# 10044054**

State the term remaining

List the contract number of any government contract

**Windsor Fashions Inc.**
**9603 John Street**
**Santa Fe Springs, CA 90670**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Contract for Sale of Goods PO# 80042683**

State the term remaining

List the contract number of any government contract

**Windsor Fashions Inc.**
**9603 John Street**
**Santa Fe Springs, CA 90670**

**Fill in this information to identify the case:**

Debtor name     **CMS Design Group Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Courtney Simmelkjaer** | **503 E. 116th Street, Ste 2A New York, NY 10029** | **American Express** | ☐ D _____ <br> ■ E/F ___3.1___ <br> ☐ G _____ |
| 2.2 | **Courtney Simmelkjaer** | **503 E. 116th Street, Ste 2A New York, NY 10029** | **American Express** | ☐ D _____ <br> ■ E/F ___3.2___ <br> ☐ G _____ |
| 2.3 | **Courtney Simmelkjaer** | **503 E. 116th Street, Ste 2A New York, NY 10029** | **Small Business Financial Sol.** | ☐ D _____ <br> ■ E/F ___3.27___ <br> ☐ G _____ |
| 2.4 | **Courtney Simmelkjaer** | **503 E. 116th Street, Ste 2A New York, NY 10029** | **PayPal Business Loan c/o Swift** | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Courtney Simmelkjaer** | **503 E. 116th Street, Ste 2A New York, NY 10029** | **Olympus Lending LLC** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **CMS Design Group Inc.**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| Fill in this information to identify the case: |
|---|
| Debtor name **CMS Design Group Inc.** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,836.00** |
| **For prior year:**<br>From  **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$121,047.00** |
| **For year before that:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$463,799.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **CMS Design Group Inc.** _____   Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Jewelry Camp NYC, Inc. 503 E 116th St, Apt 2A New York, NY 10029 Affiliate of Debtor** | **June 2025 through Petition Date** | **$13,093.90** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **American Express National Bank v. CMS Design Group Inc. et al. CV-01575-25/NY** | **Contract** | **Civil Court of the City of New York 111 Centre Street New York, NY 10013** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.   **American Express National Bank v. Courtney Simmelkjaer et al. 151276/2026** | **Contract** | **Supreme Court of NY, New York County 60 Centre Street New York, NY 10007** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.   **Executive Financial Enterprises, Inc. as assignee of United Parcel Service, Inc. v. CMS Design Group Inc. 506857/2026** | **Civil** | **Supreme Court of NY, Kings County 306 Adams St., Rm 189 Brooklyn, NY 11201** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor   **CMS Design Group Inc.** _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Small Business Financial Solutions, LLC v. CMS Design Group, Inc. et al.**<br>**C-15-CV-26-000578** | **Civil** | **Circuit Court For Montgomery County**<br>**50 Maryland Avenue**<br>**North Tower, First Floor, Rm 1200**<br>**Rockville, MD 20850** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **MMJ Legacy LLC v. Courtney Simmelkjaer**<br>**LT-308288-26/NY** | **Civil - Landlord/Tenant** | **Civil Court of New York, Housing Part**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor   **CMS Design Group Inc.**                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rosen, Tsionis & Pizzo, PLLC** **38 New Street** **Huntington, NY 11743** | **Attorney Fees** | **5/1/26** | **$5,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **Debtor's Principal** | | | |
| 11.2. | **Rosen, Tsionis & Pizzo, PLLC** **38 New Street** **Huntington, NY 11743** | **Attorney Fees + Court filing fee.** | **6/9/26** | **$11,738.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** **Debtor's Principal** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Honda** **c/o Sage Capital Recovery** **401 Minnetonka Rd** **Hi-Nella, NJ 08083** | **Payment on car loan for principal's vehicle** | | **Unknown** |
| | **Relationship to debtor** | | | |
| 13.2. | **AMEX** **P.O. Box 981535** **El Paso, TX 79998** | **Payment for principal's credit cards** | | **Unknown** |
| | **Relationship to debtor** | | | |

Debtor **CMS Design Group Inc.** _____ Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3. | **Capital One**<br>**PO Box 981600**<br>**Boston, MA 02298** | **Payment for principal's credit card** | | **Unknown** |
| | **Relationship to debtor**<br>_____ | | | |
| 13.4. | **MMJ Legacy LLC**<br>**419 East 116 Street**<br>**G**<br>**New York, NY 10029** | **Payment for principal's lease agreement.** | **June 2024<br>through<br>Petition Date** | **$35,150.00** |
| | **Relationship to debtor**<br>_____ | | | |

---

### Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401k** | EIN: _____ |

       Has the plan been terminated?
       ☐ No

---

Official Form 207 | **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** | page **5**

Debtor  **CMS Design Group Inc.**                          Case number *(if known)* _____

---

■ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

---

Debtor   **CMS Design Group Inc.**                                    Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **CCY Consulting, Inc 1216 Broadway New York, NY 10001** | **2020 through 2024** |
| 26a.2.   **Sam J. Nole CPA 347 5th Ave #800 New York, NY 10016** | **2025 through present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Courtney Simmelkjaer 503 E. 116th Street, Ste 2A New York, NY 10029** | |
| 26c.2.   **Sam J. Nole CPA 347 5th Ave #800 New York, NY 10016** | |

| Debtor | **CMS Design Group Inc.** | Case number *(if known)* | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.   **Olympus Lending LLC**<br>**PO Box 17556**<br>**Holladay, UT 84117** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Courtney Simmelkjaer** | **530 E. 116th Street, Ste 2A**<br>**New York, NY 10029** | **President/Sole Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Courtney Simmelkjaer**<br>**503 E. 116th Street, Ste 2A**<br>**New York, NY 10029** | **Approximately $13,000** | **June 2025 through Petition Date** | **In lieu of salary compensation** |
| | **Relationship to debtor**<br>**President/Sole Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

Debtor   **CMS Design Group Inc.**                                         Case number *(if known)* _____

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 29, 2026**

**/s/ Courtney Simmelkjaer**                          **Courtney Simmelkjaer**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor     **President/Sole Shareholder**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of New York

In re   **CMS Design Group Inc.**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ■ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ **15,000.00** |
   | The undersigned shall bill against the retainer at an hourly rate of | $ **690.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☐ Debtor      ■ Other (specify):   **Debtor's Principal**

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [List other services that counsel has agreed to provide]
      **Negotiations with creditors; preparation and filing Chapter 11 plan; preparation and filing of applications as needed; and all other aspects of the Chapter 11 proceeding.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **CMS Design Group Inc.**                                           Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**June 29, 2026**                                    **/s/ Avrum J. Rosen**
*Date*                                               **Avrum J. Rosen**
                                                     *Signature of Attorney*
                                                     **Rosen, Tsionis & Pizzo, PLLC**
                                                     **38 New St**
                                                     **Huntington, NY 11743-3327**
                                                     **631-423-8527  Fax: 631-423-4536**
                                                     **arosen@ajrlawny.com**
                                                     *Name of law firm*

# United States Bankruptcy Court
### Southern District of New York

In re    **CMS Design Group Inc.**                                                    Case No. _____

                                              Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Courtney Simmelkjaer**<br>**503 E. 116th Street, Ste 2A**<br>**New York, NY 10029** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Sole Shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 29, 2026**                         Signature    **/s/ Courtney Simmelkjaer**

                                              **Courtney Simmelkjaer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Southern District of New York**

In re   **CMS Design Group Inc.**          Case No. _____
                                             Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President/Sole Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 29, 2026** _____        **/s/ Courtney Simmelkjaer** _____

                                                   **Courtney Simmelkjaer**/**President/Sole Shareholder**
                                                   Signer/Title

AMERICAN EXPRESS
115 W. TOWNE RIDGE PARKWAY
SANDY, UT 84070


ANGEL FACTORY
C/O A.G. ADJUSTMENTS LTD.
ONE HUNTINGTON QUADRANGLE 4N15
MELVILLE, NY 11747


BERKOVITCH & BOUSKILA PLLC
1545 ROUTE 202, SUITE 101
POMONA, NY 10970


BRENNAN & CLARK LLC
2301 WEST 22ND STREET
STE 301
OAK BROOK, IL 60523


BUILD YOUR BOOKS, LLC
17011 LINCOLN AVE
PARKER, CO 80134


BUREAU VERITAS CONSUMER PRODUC
UNIT 702, 7/F HARBOURSIDE HQ-8
LAM CHAK ST, KOWLOON BAY
HONG KONG SAR, CHINA


CHTD COMPANY
PO BOX 2576
SPRINGFIELD, IL 62708


CORPORATION SERVICE COMP
PO BOX 2576
SPRINGFIELD, IL 62708


COURTNEY SIMMELKJAER
503 E. 116TH STREET, STE 2A
NEW YORK, NY 10029


DAVID GOAD
RAPID FINANCE
4500 EAST WEST HIGHWAY, 6TH FL
BETHESDA, MD 20814

DHL EXPRESS USA INC.
18585 NORTHCHASE DRIVE
SUITE 400
HOUSTON, TX 77060


DOYLE & HOEFS, LLC.
2043 SPRINGWOOD ROAD
YORK, PA 17403


EXECUTIVE FINANCIAL ENTERPRISE
1465 TAMARIND AVE, #680
LOS ANGELES, CA 90028


FASHION NOVA
407 N MAPLE DR
BEVERLY HILLS, CA 90210


FEDEX
U.S. COLLECTIONS DEPARTMENT
PO BOX 371461
PITTSBURGH, PA 15250


FIRSTSOURCE ADVANTAGE, LLC
205 BRYANT WOODS SOUTH
BUFFALO, NY 14228


GOTTLIEB OSTRAGER LLP
80 BUSINESS PARK DR.
SUITE 105
ARMONK, NY 10504


HANGANG VINA CO., LTD.
CHAU SON INDUSTRIAL PARK
CHAU SON WARD, NINH BINH
VIETNAM 400000


HORING WELIKSON ROSEN...P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596


HOT TOPIC MERCHANDISING INC
PO BOX 60016
CITY OF INDUSTRY, CA 91716

MAI YAMAZAKI DESIGNS
1352 HAVENHURST DRIVE
APT. #7
LOS ANGELES, CA 90046


MMJ LEGACY LLC
419 EAST 116 STREET
G
NEW YORK, NY 10029


NEXCOM DATA
133 LAWRENCE ROAD
LAFAYETTE, NJ 07848


NIKITA CHUDASAMA
53 HEADSTONE ROAD, HARROW
MIDDLESEX HA1 1PQ, UK


NINGBO GOOD PARTNER TRADING CO
C/O DRS PARTNERS, INC
255 W FOOTHILL BLVD, STE 205
UPLAND, CA 91786


NYS DEPT. OF LABOR
P.O. BOX 4305
BINGHAMTON, NY 13902-4305


OLYMPUS LENDING LLC
PO BOX 17556
SALT LAKE CITY, UT 84117


ONE SOURCE SOLUTIONS, LLC
3 INDUSTRIAL COURT, STE 3
FREEHOLD, NJ 07728


PAYPAL BUSINESS LOAN C/O SWIFT
ATTN: BANKRUPTCY NOTICE
2211 NORTH FIRST STREET
SAN JOSE, CA 95131


QINGDAO JOYHUT CREATIONS CO LT
ZHONGCUN INDUSTRIAL PARK
CHENGYANG DIST., QINGDAO
CHINA 266109

QINGDAO JUN SUNG CRAFTS CO LTD
RM901, BLDG 1, HUA PENG DONG
CHENG, ZHENGYANG RD, CHENGYANG
QINGDAO, SHANDONG, CHINA


QINGDAO KING CUSTOMER JEWELRY
NO1180 JINGKOU INDUSTRIAL PARK
CHENGYANG DIST, QINGDAO
CHINA


QINGDAO S.H. FASHION CORP.
RM 102 BLDG 1 LIANDONG U GU
NO 869 HUAGUAN RD QINGDAO
CHINA


RITHUM
PO BOX 735795
CHICAGO, IL 60673-5795


ROSIERE LLC DBA ARROW ACCESSOR
C/O NETTLE LAW LLC
3119 NEWTOWN AVE STE 502
ASTORIA, NY 11102


SARAH JI LYON
400 EAST 78TH ST, APT 3
NEW YORK, NY 10075


SELIN CILELI DESIGN
559 W 158TH ST, APT 57
NEW YORK, NY 10032


SMALL BUSINESS FINANCIAL SOL.
4500 EAST WEST HWY, 6TH FLOOR
BETHESDA, MD 20814


THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916


THE HEDAYA CAPITAL GROUP INC.
ATTN: ALFRED HEDAYA
240 WEST 35TH STREET, STE 401
NEW YORK, NY 10001

UNITED CORPORATE SERVICES INC
TEN BANK STREET
SUITE 560
WHITE PLAINS, NY 10606


UNITED PARCEL SERVICE INC.
C/O RECEIVABLES MANAGEMENT SRV
PO BOX 5000
FOGELSVILLE, PA 18051


WINDSOR FASHIONS INC.
9603 JOHN STREET
SANTA FE SPRINGS, CA 90670


YEEDO TRADING HANOI CO. LTD.
DONG VAN INDUSTRIAL ZONE
NINH BINH PROVINCE
VIETNAM 400000


YIWU LUGE ACCESSORIES CO LTD
5F, NO 113, QIUSHI RD
BEIYUAN, YIWU
CHINA 322000


YIWU SHANCHEN JEWELRY CO LTD
NO 115 TONGBAO RD, QINGKOU
INDUSTRY ZONE, YIWU, ZHEJIANG
CHINA 322013


ZWICKER & ASSOCIATES PC
100 CORPORATE WOODS
SUITE 230
ROCHESTER, NY 14623

# United States Bankruptcy Court
## Southern District of New York

In re    **CMS Design Group Inc.**

Debtor(s)

Case No. _____

Chapter    **11**  _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CMS Design Group Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 29, 2026** _____

Date

**/s/ Avrum J. Rosen** _____

**Avrum J. Rosen**

Signature of Attorney or Litigant

Counsel for    **CMS Design Group Inc.** _____

**Rosen, Tsionis & Pizzo, PLLC**

**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**
**arosen@ajrlawny.com**